# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-09-00527-CV

**Softprofit Solutions Corporation d/b/a Centripitel, Appellant**

**v.**

**Bob Richardson, Individually and d/b/a The Bob Richardson Law Firm, Appellee**

### FROM COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY
### NO. C-1-CV-08-011696, HONORABLE J. DAVID PHILLIPS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

The parties to this appeal state in their Agreed Motion to Set Aside Trial Court Judgment and Dismiss with Prejudice that they have settled their dispute. We grant their motion, vacate the trial court judgment, and dismiss this cause. *See* Tex. R. App. P. 42.1(a)(2)(A); 43.2(e).

_____

G. Alan Waldrop, Justice

Before Chief Justice Jones, Justices Waldrop and Henson

Dismissed on Agreed Motion

Filed:   December 4, 2009